**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Mitchell,<br><br>        Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>        Respondents. | No. CV-08-1463-PHX-PGR (DKD)<br><br>ORDER |

IT IS ORDERED that the petitioner's Ex Parte Request for Production of Documents (doc. #34) is granted to the extent that the Clerk of the Court shall mail complete copies of documents nos. 1, 12, 14, 23 and 24 to the petitioner.

IT IS FURTHER ORDERED that the petitioner's Motion for Reconsideration (doc. #35) is denied as premature.[1]

---

[1] The Court notes that there is nothing to reconsider as the Court has not yet ruled on the petitioner's Motion for Order Directing Respondents to Allow Petitioner Access to the Prison Library or, Alternatively, Allow Petitioner to Borrow Legal Research Materials from the Library, or Show Cause why Petitioner Should not be Granted the Relief Sought Herein (doc. #29). The "ruling" referred to by the petitioner in his Motion for Reconsideration is merely the Magistrate Judge's recommendation in his Report and Recommendation that the petitioner's motion be denied and the Court has yet to accept or reject that recommendation..

IT IS FURTHER ORDERED that the petitioner's Request for Enlargement of Time (doc. #35) is granted to the extent that the petitioner shall file his objections to the Magistrate Judge's Report and Recommendation (doc. #33) no later than **June 30, 2010.**

DATED this 25th day of May, 2010.

Paul G. Rosenblatt
United States District Judge